# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Workforce Housing, LLC, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Weatherford U.S., L.P., | ) | Case No. 1:16-cv-397 |
| Defendant. | ) | |

Before the court is a "Joint Motion to Stay" filed by the parties on June 16, 2017. The stated basis for the motion is that the parties have agreed to a settlement of this action in principle but need additional time to memorialize the terms of the settlement in writing and to complete all of the actions necessary to consummate the settlement.

The court **GRANTS** the motion (Docket No. 31). The above-entitled action shall be stayed pending further order of the court.

**IT IS SO ORDERED.**

Dated this 19th day of June, 2017.

>　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
>　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
>　　　　　　　　　　　　　　　　United States District Court