# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Workforce Housing, LLC, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Weatherford U.S., L.P., | ) | Case No. 1:16-cv-397 |
| Defendant. | ) | |

Before the court is a "Stipulation of Dismissal with Prejudice" filed by the parties on August 14, 2017. The court **ADOPTS** the parties' stipulation (Docket No. 33) and **DISMISSES** the above-entitled action with prejudice. Each party will bear the attorney's fees and costs incurred by that party.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court